IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

INDIGO AG, INC. et al.,

    *Plaintiffs,*

vs.

    Case No. 23-CV-2034-EFM-GEB

DEINES-POLLAN SERVICES, LLC et al.,

    *Defendants.*

**MEMORANDUM AND ORDER**

This case stems from a contract dispute between Plaintiffs Indigo Ag, Inc., and Indigo Marketplace, LLC and Defendants Deines-Polla Services, LLC, Michael Deines, and Ag Astra, LLC. In March 2023, Defendants filed a Motion to Dismiss all of Plaintiffs' claims (Doc. 12).

On July 20, 2023, the Court ordered the parties to show cause as to why this case should not be transferred to the United States District Court for the District of Massachusetts.[1] The Court based this order Judge Robinson's June 2023 decision in *Indigo Ag, Inc. v. Summit Ag, LLC*.[2] There, Judge Robinson—dealing with several of the same parties and an identical contract

---

[1] *See Indigo Ag, Inc. v. Deines-Pollan Servs., LLC*, 2023 WL 4637455 (D. Kan. 2023).

[2] 2023 WL 3884697 (D. Kan. 2023).

provision as in the present case—found that the forum selection clause in the parties' contract was mandatory and enforceable. Thus, Judge Robinson sua sponte transferred the action under 28 U.S.C. § 1404(a) to the United States District Court for the District of Massachusetts.

In response to the Court's show cause order, the parties acknowledge Judge Robinson's decision while respectfully disagreeing with it—albeit because of alleged inconvenience instead of legal reasoning. Thus, the Court finds that the parties have failed to show cause. The Court hereby adopts in full Judge Robinson's opinion in *Indigo Ag*, reaching the same conclusion—the present case must be transferred to the District of Massachusetts under 28 U.S.C. § 1404(a).

**IT IS THEREFORE ORDERED** that this action be transferred to the United States District Court for the District of Massachusetts. Defendants' Motion to Dismiss (Doc. 12) is **DENIED** as moot without prejudice to refiling in the District of Massachusetts.

**IT IS SO ORDERED.**

Dated this 17th day of August, 2023.

This case is closed.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE